AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

FILED
00 FEB 16 PM 4:01
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6235

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation,

v.

JAMES F. MAJOR; SUSAN MAJOR;
PANGO-PANGO SWIMWEAR CORPORATION;
and SUSANE'S NAIL SALON,

CIV-UNGARO-BENAGES

TO:   David W. Schmidt
      as registered agent for service of process for Pango-Pango Swimwear Corporation
      100 N.E. 5 Ave., Delray Beach, FL 33483

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Lance J. Wogalter
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
_____
CLERK

(BY) DEPUTY CLERK

_February 16, 2000_
_____
DATE