UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | | |
|---|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, | ) ) ) ) | Case No.  00-6235-CIV-UNGARO BENAGES/BROWN |
| Plaintiff, | ) ) | |
| v. | ) ) | **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| JAMES F. MAJOR; PANGO-PANGO SWIMWEAR CORPORATION; and SUSANE'S NAIL SALON, | ) ) ) ) | |
| Defendants. | ) ) ) | |

NOW INTO COURT, come the plaintiff, through undersigned counsel, and moves for an extension of time for the defendants to respond to the Complaint, so that defendants may have an additional 30 days in which to file their responses to the Complaint. As grounds for this motion, undersigned counsel states that he has communicated with a representative of one the defendants and they have requested an extension. Plaintiff has no objection.

Respectfully submitted,

Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff

