```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    Case No: 00-6235-CIV
                                              UNGARO-BENAGES
```

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC.,

        Plaintiff,

v.

JAMES F. MAJOR, et al.,

        Defendant,

_____/



FILED by _____ D.C.
MAR 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

THIS CAUSE is hereby set for an Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. Courthouse, 301 N. Miami Ave., 11th Floor, Courtroom, Miami, Florida on **MAY 12, 2000 at 10:30 A.M.**

Plaintiff(s), or, if represented by counsel, then counsel for the Plaintiff(s) is instructed to provide copies of this Order to all counsel of record and to any unrepresented parties that have appeared in the case. Pursuant to Fed.R.Civ.P. 26(f) the parties are jointly responsible for meeting to develop a proposed discovery plan; thereafter, the parties are to file and to serve a **Joint Scheduling and Status Report** together with a proposed Scheduling Order and **envelopes for all parties**. The report and proposed Order must be filed at least **ten (10) days** before the Planning and Scheduling Conference and must recite the following:

    1.  A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

2. A brief summary of the facts which are uncontested or which can be stipulated to without discovery.

3. A brief summary of the issues as presently known.

4. Whether discovery should be conducted in phases or limited to particular issues.

5. A detailed schedule of discovery for each party.

6. Proposed deadlines for joinder of other parties and to amend the pleadings, to file and hear motions and to complete discovery.

7. Proposed approximate dates for final pre-trial conferences and trial.

8. The projected time necessary for trial, and a statement of whether the case is jury or non-jury trial.

9. A list of all pending motions, whether each motion is "ripe" for review, the date each motion became ripe, and a summary of the parties' respective positions with respect to each ripe motion.

10. Any unique legal or factual aspects of the case requiring special consideration by the court.

11. Any potential need for references to a special master or magistrate.

12. The status and likelihood of settlement.

13. Such other matters as are required by Local Rule 16.1(B) and as may aid the Court in the fair and expeditious administration and disposition of this action.

14. <u>Documents and Exhibits:</u> Counsel for each party shall append to the Joint Scheduling and Status Report a list of all

documents and exhibits that may be used at trial. Any document or exhibit not appearing on this list which was reasonably available at the time of the Scheduling Conference may be excluded at trial.

15.  **Witnesses:** Counsel for each party shall also append to the Joint Scheduling and Status Report a list of names and addresses of all witnesses, including expert witnesses, who may be called at trial. Any witness not appearing on this list who was known or could have been known through the exercise of reasonable diligence may not be permitted to testify at trial.

In the event that motion(s) are pending before the Court at the time of the conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

**IN THE EVENT THE COURT ISSUES A SCHEDULING ORDER PRIOR TO THE INITIAL PLANNING AND SCHEDULING CONFERENCE BASED ON THE INFORMATION PROVIDED BY COUNSEL IN THEIR JOINT SCHEDULING REPORT THE ABOVE SCHEDULED HEARING SHALL BE DEEMED CANCELED BY VIRTUE OF THE COURT'S SCHEDULING ORDER.**

DONE AND ORDERED at Miami, Florida this ___17___ day of March, 2000.

*Ursula Ungaro-Benages*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of record