

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6235-CIV-UNGARO-BENAGES

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
    Plaintiff,

vs.

JAMES F. MAJOR, et al.,
    Defendants.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion for Extension of Time for Defendants to Respond to the Complaint, filed March 10, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants shall have an additional 30 days to answer or otherwise respond to the Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this /3 day of March, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

MAR 1 5 2000

Rec'd in MIA Dkt _____

