UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a )          CASE NO. 00-6235-CIV-UNGARO
Florida non-for-profit corporation, )  BENAGES/BROWN
                                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )
JAMES F. MAJOR; SUSAN MAJOR;        )
PANGO-PANGO SWIMWEAR                )
CORPORATION; and SUSANE'S           )
NAIL SALON,                         )
                                    )
        Defendants.                 )
_____)

## JOINT STIPULATION OF DISMISSAL

As reflected by the signatures below, the parties jointly stipulate to dismissal of this action.

Respectfully submitted,

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel. (954) 592-2184
Fax (954) 725-1303
Florida Bar No. 932183
Counsel for Plaintiff

and

_____
Stuart J. MacIver, Esquire
Doumar, Allsworth, Curtis, Cross, Laystrom,
Perloff, Voigt, Wachs & Mac Iver
1177 Southeast Third Avenue
Fort Lauderdale, Florida 33063
Tel. (954) 762-3400
Fax (954) 468-1470
Counsel for Defendants Major
Florida Bar No. 947131

## Certificate of Service

I certify that I have this May 8, 2000, served a copy of the foregoing upon opposing counsel by mail to:

Stuart J. Mac Iver, Esq.
Doumar, Allsworth, Curtis, Cross, Laystrom, Perloff, Voigt, Wachs & Mac Iver
1177 Southeast Third Avenue
Fort Lauderdale, FL 33316

_[signature]_