**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 00-6235-CIV-UNGARO-BENAGES

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
     Plaintiff,

vs.

JAMES F. MAJOR, et al.,
     Defendants.

_____/



FILED by _____ C.W. D.C.

MAY 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal, filed May 10, 2000.

THE COURT has considered the Stipulation, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED as to Defendants James F. Major and Susan Major. It is further

ORDERED AND ADJUDGED that no later than May 19, 2000, Plaintiff shall advise the Court in writing as to the status of this litigation with respect to Defendants Pango-Pango Swimwear Corp. and Susane's Nail Salon. In making this ruling, the Court notes that Plaintiff's Consent Motion for Extension of Time for Defendants to Respond to the Complaint, granted on May 13, 2000, was made on behalf of all Defendants. However, the Stipulation of Dismissal involves only Defendants James and Susan Major.

DONE AND ORDERED in Chambers at Miami, Florida, this _11_ day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record