UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |  |
|---|---|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, | ) ) ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | Case No. | 00-6235-CIV-UNGARO BENAGES/BROWN |
| JAMES F. MAJOR; SUSAN MAJOR; PANGO-PANGO SWIMWEAR CORPORATION; and SUSANE'S NAIL SALON, | ) ) ) ) ) | | |
| Defendants. | ) ) ) | | |

**NOTICE OF DISMISSAL**

A joint stipulation of dismissal was filed on May 10, 2000. That stipulation of dismissal was intended to be a dismissal of the entire case. However, the Court issued an order of dismissal on May 11, 2000, dismissing the case only as to James F. and Susan Major. The Court further asked counsel for plaintiff to advise regarding the status of the other named defendants.

Plaintiff hereby advises the Court that the other named defendants have not filed any appearance. However, the case has been resolved in its entirety through settlement with James F. and Susan Major. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff voluntarily dismisses this action in its entirety as to all parties and not just as to James F. and Susan Major.

1

Respectfully submitted,

_____
Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.   954-592-2184
Fax   954-725-1303
Counsel for Plaintiff

## Certificate of Service

I certify that I have this May 17, 2000, mailed a copy of the foregoing upon:

Stuart J. Mac Iver, Esq.
Doumar, Allsworth, Curtis, Cross,
Laystrom, Perloff, Voigt, Wachs & Mac Iver
1177 Southeast Third Avenue
Fort Lauderdale, FL 33316

_____