UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6235-CIV-UNGARO-BENAGES

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
    Plaintiff,
vs.

JAMES F. MAJOR, et al,
    Defendants.
_____/

FILED by CS D.C.
MAY 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal, filed May 22, 2000 and the Joint Stipulation of Dismissal, filed May 10, 2000.

THE COURT has considered the Notice and Stipulation, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court's May 11, 2000 Order of Dismissal is VACATED. It is further

ORDERED AND ADJUDGED that this case is DISMISSED in its entirety as to all parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

