UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6235-CIV-UNGARO-BENAGES

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
    Plaintiff,
vs.

JAMES F. MAJOR, et al.,
    Defendants.
_____/

FILED by CS D.C.
MAY 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon *sua sponte* review of the file.

It is hereby ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. It is further

ORDERED AND ADJUDGED that all pending motions in this case are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

